**UNITED STATES of America, Plaintiff–Appellee**

v.

**Loveless BELL, also known as Loveless Milson, Defendant–Appellant.**

**No. 09–30507**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

May 24, 2010.

Camille Ann Domingue, Assistant U.S. Attorney, Brett L. Grayson, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Christopher Albert Aberle, Mandeville, LA, for Defendant–Appellant.

Before JONES, Chief Judge, and GARZA and BENAVIDES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Loveless Bell has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Bell

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.